FILED
December 05, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Laura Loera____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,**<br><br>Plaintiff,<br><br>v.<br><br>**PANAMERICAN CONSULTING, LLC** a Nevada Limited Liability Company and **GHOLAMALI HAJIMOMEN**<br><br>Defendants. | Case EP-22-CV-00422-FM |

**PLAINTIFF'S MOTION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Brandon Callier, in his individual capacity, and moves to dismiss Defendant PanAmerican Consulting, LLC ("PanAmerican") and Gholamali Hajimomen ("Hajimomen") with prejudice. Plaintiff and Defendants PanAmerican and Hajimomen have resolved their case.

December 5, 2022                            Respectfully submitted,

*Brandon Callier*

Brandon Callier
6336 Franklin Trail
El Paso, TX 79912
Callier74@gmail.com
915-383-4604

## CERTIFICATE OF SERVICE

      I certify that on December 5, 2022, the foregoing document was electronically submitted to the clerk of the court for the Western District of Texas, using the electronic case filing system of the Court. I certify that I have served all counsel of record via electronic mail a copy of the foregoing.

December 5, 2022                                  Respectfully submitted,

*Brandon Callier*

Brandon Callier
6336 Franklin Trail
El Paso, TX 79912
Callier74@gmail.com
915-383-4604