UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | EP-22-CV-00422-FM |
| | § | |
| **PANAMERICAN CONSULTING, LLC,** | § | |
| *a Nevada Limited Liability Company*; **and** | § | |
| **GHOLAMALI HAJIMOMEN,** | § | |
| | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT AND DISMISSAL

Before the court is "Plaintiff's Motion of Dismissal with Prejudice" [ECF No. 5], filed December 5, 2022, by Brandon Callier ("Plaintiff"). A plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment," the effect of which is dismissal without prejudice unless the notice states otherwise.[1] No Defendant has filed an answer or a motion for summary judgment. Accordingly:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE**.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

   **SIGNED AND ENTERED** this **6th** day of **December 2022**

   _____
   **FRANK MONTALVO**
   **UNITED STATES DISTRICT JUDGE**

---

[1] Fed. R. Civ. P. 41(a)(1).

1